**NATIONAL LABOR RELATIONS BOARD, Petitioner,**

v.

**BURNS BUICK COMPANY.**

**No. 16512.**

United States Court of Appeals
Eighth Circuit.

June 21, 1960.

Dominick L. Manoli, Assoc. Gen. Counsel, and Marcel Mallet-Prevost, Asst. Gen. Counsel, N. L. R. B., Washington, D. C., for appellant.

PER CURIAM.

Order of Labor Board enforced on petition for enforcement and stipulation filed with board.

**CAPITOL PACKING COMPANY et al.**

v.

**UNITED STATES SECRETARY OF AGRICULTURE.**

**No. 6315.**

United States Court of Appeals
Tenth Circuit.

Feb. 2, 1960.

William R. Koger, Anthony F. Zarlengo, and Abe L. Hoffman, Denver, Colo., for petitioners.

W. Richard McMartin, Asst. U. S. Atty., Denver, Colo., and Benjamin M. Holstein, Department of Agriculture, Washington, D. C., for respondent.

Before BREITENSTEIN, Circuit Judge, and ARRAJ and STANLEY, District Judges.

PER CURIAM.

Application for leave to file petition for writ of prohibition denied on the basis that no final order of the Secretary of Agriculture is involved, and for the further reason that the application discloses that an adequate and exclusive opportunity for review is provided by law.

**Jay BURNETT**

v.

**J. C. TAYLOR, Warden, United States Penitentiary, Leavenworth, Kansas.**

**No. 6254.**

United States Court of Appeals
Tenth Circuit.

Jan. 29, 1960.

Joseph P. Jenkins, Kansas City, Kan., for appellant.

Wilbur G. Leonard, U. S. Atty., and E. Edward Johnson, Asst. U. S. Atty., Topeka, Kan., for appellee.

Before BRATTON, PICKETT and BREITENSTEIN, Circuit Judges.

PER CURIAM.

Affirmed without written opinion.